No. 319. FIDELITY ASSURANCE ASSOCIATION, A CORPORATION, ET AL. v. SIMS, AUDITOR OF THE STATE OF WEST VIRGINIA, ET AL. October 12, 1942. The motion to consider the petition for certiorari upon the appendices to the briefs filed in the Circuit Court of Appeals is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit is also granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. James R. Fleming, Homer A. Holt,* and *T. C. Townsend* for petitioners. *Solicitor General Fahy* and *Messrs. John F. Davis, Homer Kripke,* and *Justin N. Reinhardt* for the Securities & Exchange Commission; *Mr. Ira J. Partlow,* Assistant Attorney General of West Virginia, for Edgar B. Sims, Auditor, et al.; *Messrs James Ward Rector,* Deputy Attorney General of Wisconsin, and *Rickard H. Lauritzen,* Assistant Attorney General, for the Banking Commission of Wisconsin; *Mr. Carl J. Stephens* for Chas. R. Fischer, Commissioner of Insurance of Iowa; *Mr. H. Vernon Eney* for John B. Gontrum, Insurance Commissioner of Maryland; and *Mr. Weldon B. White* for L. H. Brooks, Trustee, et al.,—respondents. Briefs of *amici curiae* were filed by *Mr. Orlin F. Goudy* on behalf of Victor Salkeld et al. in support of the petition; and by *Messrs. George F. Barrett,* Attorney General of Illinois, *George N. Beamer,* Attorney General of Indiana, *Thomas J. Herbert,* Attorney General of Ohio, and *J. W. Jones,* Assistant Attorney General of Kentucky, in opposition to the petition.

No. 321. CREEK NATION v. UNITED STATES; and

No. 322. SEMINOLE NATION v. UNITED STATES. October 19, 1942. Petition for writs of certiorari to the Court of Claims granted. *Messrs. Paul M. Niebell, C. Maurice Weidemeyer,* and *W. W. Pryor* for petitioners.

*Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 336. WALLING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR, *v.* JACKSONVILLE PAPER Co. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Warner W. Gardner* for petitioner. *Messrs. Charles Cook Howell* and *Louis Kurz* for respondent.

No. 366. UNITED STATES *v.* BROOKS-CALLAWAY COMPANY. October 19, 1942. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for the United States. *Messrs. George R. Shields, Herman J. Galloway, John W. Gaskins,* and *Fred W. Shields* for respondent.

No. 72. NEW YORK EX REL. WHITMAN *v.* WILSON, WARDEN. October 19, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Supreme Court of New York is also granted. *R. Gordon Whitman, pro se. Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Henry Epstein,* Solicitor General, for respondent.

Nos. 387 and 388. RECONSTRUCTION FINANCE CORPORATION *v.* BANKERS TRUST Co., TRUSTEE. October 26, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Jesse E. Waid* for respond-